IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

YINGJIE HE,
A# 221-388-436                                              PETITIONER

V.                                      CIVIL NO. 5:26-cv-306-DCB-BWR

WARDEN RAFAEL VERGARA                                       RESPONDENT

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Rath's Report and Recommendation ("Report") [ECF No. 15], which recommends that Respondent's Motion to Dismiss for Mootness [ECF No. 11] should be granted and Pro Se Petitioner Yingjie He ("Petitioner")'s 28 U.S.C. § 2241 Petition [ECF No. 1] be dismissed without prejudice as moot. [ECF No. 15] at 2. The basis for this recommendation is that Petitioner was removed from the United States by Immigration and Customs Enforcement ("ICE") on May 13, 2026. [ECF No. 15] at 1.

I.    BACKGROUND

On April 8, 2026, Petitioner filed a Writ of Habeas Corpus with the Court under 28 U.S.C § 2241. [ECF No. 1]. On May 18, 2026, Judge Rath issued an Order, directing Respondent to file an answer or other responsive pleading in this cause within twenty days of service of the Order. [ECF No. 6]. On June 9, 2026, Respondent filed a Motion to Dismiss. [ECF No. 11]. Respondent provided proof

that Petitioner was a native Citizen of China and was removed from the United States to China on May 13, 2026. [ECF. No. 11] at 1.

On June 16, 2026, Judge Rath issued this Report and objections were due by June 30, 2026. No party objected to the Report.

## II.    DISCUSSION

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion, and contrary to law" standard of review to the Report. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

## III.   CONCLUSION

The Court, having reviewed Respondent's Motion to Dismiss [ECF No. 11], Pro Se Petitioner Yingjie He's 28 U.S.C. § 2241 Petition [ECF No. 1], and Judge Rath's Report [ECF No. 15], finds that Respondent's Motion to Dismiss for Mootness should be granted and Petitioner's 28 U.S.C. § 2241 petition should be dismissed without prejudice as moot. The Court adopts Judge Raths's findings and conclusions in full.

Accordingly,

2

The Court agrees with Judge Rath's recommendation. The Report [ECF No. 15] is hereby ADOPTED and the action is DISMISSED WITHOUT PREJUDICE.

A separate final judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

SO ORDERED, this the 8 day of July, 2026.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE

3